In the Matter of the Judicial Settlement of the Accounts of JAMES T. MITCHELL et al., Executors of HANNAH HAMMOND, Deceased.

JOHN P. ROOSA, Executor, Appellant and Respondent; THE TRUSTEES OF THE NEW YORK ANNUAL CONFERENCE, Legatee, Respondent and Appellant.

*Matter of Mitchell,* 36 App. Div. 542, affirmed.
(Argued January 16, 1900; decided February 6, 1900.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered upon an order made January 17, 1899, modifying, and affirming as modified, a decree of the Surrogate's Court of Sullivan county, settling the accounts of the executors of the last will and testament of Hannah Hammond, deceased.

*T. F. Bush* for John P. Roosa, executor.

*Charles F. Cossum* for the Trustees of the New York Annual Conference, legatee and contestant.

Order and judgment affirmed, without costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.